HARKCOM ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* OHIO POWER COMPANY, APPELLEE AND CROSS-APPELLANT.

[Cite as *Harkcom v. Ohio Power Co.* (1994), 69 Ohio St.3d 1218.]

(No. 92–2479—Submitted May 16, 1994—Decided July 13, 1994.)

*Spangenberg, Shibley, Traci, Lancione & Liber, Ellen Simon Sacks* and *James A. Marx,* for appellants and cross-appellees.

*Day, Ketterer, Raley, Wright & Rybolt, James R. Blake* and *Merle D. Evans III,* for appellee and cross-appellant.

This cause was previously reported at 68 Ohio St.3d 305, 626 N.E.2d 658, and on motion for post-judgment interest in 69 Ohio St.3d 1403, 629 N.E.2d 1366.

The motion for clarification is granted. Interest is to be calculated from June 11, 1991, the date of the judgment entered on the jury's verdicts.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents.